UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| AUTOMOTIVE RENTALS, INC. and | |
| SIEMENS WATER TECHNOLOGIES CORP. | **PLAINTIFFS** |
| V. | CAUSE NO. 1:10CV385-LG-RHW |
| KEITH HUBER, INC. | **DEFENDANT** |

## FINAL JUDGMENT

This action was tried by a jury with Chief District Judge Louis Guirola, Jr. presiding, and the jury has rendered a verdict.

**IT IS ORDERED** that:

1) Plaintiff Automotive Rentals, Inc. recover from the defendant Keith Huber, Inc. the amount of $251,157.20 with interest at the rate of 0.11%, along with costs; and

2) Plaintiff Siemens Water Technologies Corp. recover from the defendant Keith Huber, Inc. the amount of $84,302.64 with interest at the rate of 0.11%, along with costs.

**SO ORDERED AND ADJUDGED** this the 19th day of January, 2012.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE